## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

Case No. 18−81636
Chapter 13

James Larry Robbins and Marilyn Evonne
Robbins,

     Debtors.

## ORDER CONFIRMING PLAN

     The debtors' plan filed on November 9, 2018, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

     It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

     It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated January 20, 2019

William R. Sawyer
United States Bankruptcy Judge